171 So.2d 667

**Mrs. Flora SUTTON, Widow of Louis F. MAUMUS, et al.**

v.

**Mrs. Mercedes Lillian ALLNET, Widow of Eugene MAUMUS.**

No. 47631.

Feb. 25, 1965.

In re: Mrs. Flora Sutton, widow of Louis F. Maumus, et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 220.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB, J., is of the opinion that a writ should be granted.